FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 23 2015 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HISHAM A. ALY,

                Plaintiff,

-against-

NEW YORK HEALTH & HOSPITALS CORP.,

                Defendant.
---------------------------------------------------------------X

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
14-CV-3964 (CBA) (MDG)

**AMON, Chief United States District Judge:**

On June 26, 2014, pro se plaintiff Hisham A. Aly filed this employment discrimination action against defendant New York Health and Hospital Corporation ("HHC"), his former employer, under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. (D.E. # 12, Am. Compl.) HHC moved to dismiss the amended complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). (D.E. # 18.) The Court referred the motion to the Honorable Marilyn D. Go, United States Magistrate Judge, for Report and Recommendation ("R&R"). Now before the Court is Magistrate Judge Go's comprehensive R&R, (D.E. # 25), recommending that the motion be denied.

No party has objected to the R&R, and the time for doing so has passed. When deciding whether to adopt an R&R, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the R&R to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks omitted).

1

The Court has reviewed the R&R and the record and, finding no clear error, adopts Magistrate Judge Go's recommendation that HHC's motion to dismiss be denied.

SO ORDERED.

Dated: Brooklyn, New York
      September 22, 2015

s/Carol Bagley Amon
_____
Carol Bagley Amon
Chief United States District Judge